## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ERIKA VERGARA,**<br><br>   **Plaintiff,**<br><br>  v.<br><br>**THOMAS KEYES,** *et al.***,**<br><br>   **Defendants.** | Case No. 20–cv–01460–ESK–MJS<br><br><br>**ORDER** |

  **THIS MATTER** having come before the Court on the motion for summary judgment of defendants State of New Jersey and New Jersey State Police (Moving Defendants) (ECF No. 70); and the parties having submitted related opposition and reply briefs (ECF Nos. 71, 72); and the Court having held a virtual motion hearing (Hearing) on the motion today (ECF No. 81); and for the reasons stated on the record at the Hearing,

  **IT IS** on this **29th** day of **January 2025**   **ORDERED** that:

  1. Moving Defendants' motion (ECF No. 70) is **GRANTED**.

  2. Count II of second amended complaint is **DISMISSED WITH PREJUDICE**.

  3. Judgment is entered in favor of the State Defendants as to Count III of the second amended complaint alleging gender-based discrimination under the New Jersey Law Against Discrimination (ECF No. 19 pp. 19, 20) and Count III is **DISMISSED WITH PREJUDICE**.

  4. The parties are directed to obtain a transcript of the Hearing.

                  */s/ Edward S. Kiel*
                  **EDWARD S. KIEL**
                  **UNITED STATES DISTRICT JUDGE**